JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR L. MORLETT III,<br><br>    Plaintiff,<br><br>v.<br><br>ROVERA et al.,<br><br>    Defendants. | Case No. 2:25-cv-06361-SB-SP<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

    On August 8, 2025, the Court dismissed Plaintiff's complaint for failure state a claim and provided him until September 8, 2025 to file an amended complaint. Plaintiff was warned that "[f]ailure to timely do so will be construed as consent to dismissal of the case without prejudice." Dkt. No. 5 at 2. The September 8 deadline has now long passed, and no amended complaint has been filed. The action is thus dismissed without prejudice.

    A final judgment will be entered separately.

Date: October 10, 2025

                                        Stanley Blumenfeld, Jr.
                                        United States District Judge