JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR L. MORLETT III, <br><br> Plaintiff, <br><br> v. <br><br> ROVERA et al., <br><br> Defendants. | Case No. 2:25-cv-06361-SB-SP <br><br> FINAL JUDGMENT |

    For the reasons stated in the separate order of dismissal entered this day, Plaintiff's claims are dismissed without prejudice for failing to timely file an amended complaint.

    This is a final judgment.

Date: October 10, 2025

                                          Stanley Blumenfeld, Jr.
                                          United States District Judge